

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

September 1, 2021

  Orange County Superior Court – Justice Center
  700 Civic Center Drive West
  Santa Ana, CA 92701

Re:  Case Number:       8:21−cv−00530−JLS−ADS
     Previously Superior Court Case No.     30−02021−01182274−CU−PL−CJC
     Case Name:       Kayla Carrillo v. Merck and Co., Inc. et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on     9/1/2021    , the above−referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  /s/ *Jenny Lam*
     Deputy Clerk
     (Jenny_Lam@cacd.uscourts.gov)

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____        By: _____
Date                                 Deputy Clerk

CV−103 (05/18)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)